UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jamie L. Weihe                                                        Docket No. 5:15-MJ-1126-1

### Petition for Action on Probation

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamie L. Weihe, who, upon an earlier plea of guilty to Count 1- Driving While Impaired-Level 2, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1 and Count 3- Driving While Impaired-Level 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on April 6, 2016, to a 12-month term of probation under the conditions adopted by the court.

On May 3, 2016, a Motion for Revocation was filed with the court. The case is scheduled for hearing on June 1, 2016.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Due to the mental health history of this defendant, it is respectfully recommended that the defendant's judgment be modified to include our mental health condition. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

                                                I declare under penalty of perjury that the foregoing is true and correct.

                                                /s/ Keith W. Lawrence
                                                Keith W. Lawrence
                                                Senior U.S. Probation Officer
                                                310 Dick Street
                                                Fayetteville, NC 28301-5730
                                                Phone: 910-354-2538
                                                Executed On: May 23, 2016

### ORDER OF THE COURT

Considered and ordered this \_\_\_26th\_\_\_ day of \_\_\_May_____, 2016 and ordered filed and made a part of the records in the above case.

*Robert T. Numbers II*
Robert T. Numbers, II
U.S. Magistrate Judge